NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**KINGPAK TECH, INC.,**
*Appellee,*

v.

**DAVID J. KAPPOS, DIRECTOR,
UNITED STATES PATENT AND TRADEMARK
OFFICE,**
*Appellee,*

AND

**ORIENT SEMICONDUCTOR ELECTRONICS, LTD.,**
*Appellant.*

---

2012-1232
(Reexamination No. 95/000,099)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

-------------------------------------------------

---

**KINGPAK TECH, INC.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR,**

# UNITED STATES PATENT AND TRADEMARK OFFICE,
*Appellee,*

AND

# ORIENT SEMICONDUCTOR ELECTRONICS, LTD.,
*Appellee.*

---

2012-1231
(Reexamination No. 95/000,099)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Orient Semiconductor, Ltd. moves without opposition to withdraw its cross appeal no. 2012-1232, and to participate in appeal no. 2012-1231,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2012-1232 is granted. 2012-1232 is dismissed. The revised official caption in 2012-1231 is reflected above.

(2) Each side shall bear its own costs in 2012-1232.

(3) The motion is granted for Orient to participate in appeal no. 2012-1231.

FOR THE COURT

__JUL 16 2012__                          /s/ Jan Horbaly
         Date                            Jan Horbaly
                                         Clerk

cc:  Tarek N. Fahmi, Esq.
     Raymond T. Chen, Esq.
     Benjamin J. Hauptman, Esq.

s21

Issued As A Mandate (As To 2012-1232 Only): __JUL 16 2012__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK